UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLORIDA FREEDOM NEWSPAPERS,
INC.,

    Plaintiff,

vs.                                                            CASE NO. 5:07cv160/RS-EMT

CARMEN L. MCLEMORE; BILLY E. TRAYLOR;
WILLIAM C. WILLIAMS, III; NATHAN PETERS,
JR.; JERRY W. BARNES, Individually and in
their official capacity as the Board of County
Commissioners for Gulf County, Florida; and
GULF COUNTY, FLORIDA,

    Defendants.
_____/

## ORDER

        Before me is Defendants' Motion To Dismiss (Doc. 29), filed by Defendants Carmen L. McLemore, Billy E. Traylor, William C. Williams, Nathan Peters, and Jerry W. Barnes, all of whom Plaintiff has sued in their official capacities as the County Commissioners of Gulf County, Florida. Plaintiff does not allege that these Defendants are liable in their individual capacities. Fed. R. Civ. P. 12(b)(6) provides for dismissal for "failure to state a claim upon which relief may be granted." Plaintiff does not dispute that Defendant Gulf County will be liable for whatever relief is awarded Plaintiff in this case. Plaintiff has provided no compelling legal or practical reason why this case should continue against the Defendant Commissioners. While Plaintiff may wish to publicly pillory the Defendant Commissioners for their alleged abuse of Plaintiff's First Amendment right, that does not warrant their continued presence in this case. Their presence is not necessary for Plaintiff

to achieve the relief it is seeking in this case. See, *Busby v. City of Orlando*, F.2d 764 (11th Cir. 1991) and *Snow v. City of Sitronell, Ala.*, 420 F.3d 1262 (11th Cir. 2005). Accordingly, the relief requested by Defendants' Motion to Dismiss is granted.

While the County Commission's proposed retaliation against Plaintiff may have been improper, it abandoned that plan before it was implemented. I am concerned that the time and resources of the parties and this court could be better directed to matters more pressing than to what remains of this case. Plaintiff appears to have transposed the wording of the admonition of St. Matthew and has strained at a camel and swallowed a gnat.

**IT IS ORDERED** that this action is dismissed with prejudice as to Defendants, Carmen L. McLemore, Billy E. Traylor, William C. Williams, Nathan Peters, and Jerry W. Barnes, in their official capacities as County Commissioners of Gulf County, Florida.

ORDERED on August 30, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**